IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Doris Madeleine Colyer<br>*aka* Doris Madeleine Hamlett<br>*aka* Doris Madeleine Hamlett Colyer<br>*aka* Doris Hamlett<br>*aka* Doris M. Hamlett<br>*aka* Doris Colyer<br>*aka* Doris M. Colyer<br>Debtor,<br><br>Doris Madeleine Colyer<br><br>v.<br><br>Rushmore Servicing and all parties listed on the mailing matrix filed with the Clerk,<br><br>Respondents. | Chapter 13<br><br>Case No.: 5:24-bk-02409-MJC<br><br><br><br><br><br><br>Motion to Extend Stay |

### AFFIDAVIT OF DEBTOR, DORIS MADELEINE COLYER, IN SUPPORT OF MOTION TO EXTEND AUTOMATIC STAY

I, Doris Madeleine Colyer, Debtor in the above-captioned Chapter 13 Bankruptcy Case, hereby swears and affirms, under penalty of perjury, that the following is true, correct and accurate to the best of my knowledge, information and belief:

1. I filed a Chapter 13 bankruptcy case on September 20, 2023, docketed at 5:23-bk-02159-MJC ("the Prior Case").

2. Other than the Prior Case, I have had no other pending bankruptcy cases over the last twelve (12) months.

3. In the prior bankruptcy, I planned to cure mortgage arrears but fell behind and the bank obtained relief from the stay.

4. My monthly net income in the Prior Case was $900.05.

5. In the current case, my monthly net income is $1,955.79.

6. The increase is because I collect my husband's pension, and my daughter increased the rent she pays to live in the home.

7. My substantial and material change in circumstances leaves me able to afford the obligations of the proposed Chapter 13 Plan and the monthly mortgage payment.

Dated: 9/27/24

_____
Doris Madeleine Colyer